## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

JIMMY RAY DELOACH,                                                                      PLAINTIFF
ADC #133180

v.                                  No. 1:09CV00013 JLH/HLJ

WENDY L. KELLEY, et al.                                                              DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

1